**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES** | ) | **CASE NO.  1:25CR179** |
| | ) | |
| **PLAINTIFF** | ) | **JUDGE DAN POLSTER** |
| | ) | |
| **vs.** | ) | |
| | ) | **DEFENDANT'S OPPOSITION TO** |
| **RAYDON HOWARD** | ) | **MOTION FOR CONTINUANCE** |
| | ) | **OF SENTENCING HEARING** |
| **DEFENDANT** | ) | |

Now comes undersigned counsel and respectfully moves for an Order denying  the

government's Motion to Continue the Sentencing hearing.

Defendant does not need additional time to fully brief the motion to withdraw because it

is his intention to withdraw the motion to withdraw his guilty plea. Further, it is unnecessary for

there to be testimony on the issue. Mr. Howard is fully prepared to proceed to sentencing on July

30, 2026 and knowingly and voluntarily is desirous of being sentenced.

## CONCLUSION

For the foregoing reasons, counsel respectfully requests that this Court deny the motion

for continuance of the sentencing hearing.

Respectfully submitted,


*/s/ Craig T. Weintraub*
CRAIG T. WEINTRAUB, ESQ. (#0040095)
55 Public Square
Suite 1600
Cleveland, Ohio 44113
216-896-9090
216-216-218-5494 mobile

**cweintraub@hotmail.com**
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

A copy of the foregoing was served this day upon all parties in this matter.

*/s/ Craig T. Weintraub*
CRAIG T. WEINTRAUB, ESQ.